IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF WEST VIRGINIA

HUNTINGTON DIVISION

HASSAN ADNAN ASSI,

                Plaintiff,

v.                                    CIVIL ACTION NO. 3:18-0517

WESTERN REGIONAL JAIL;
SGT. DIAMOND;
SGT. FERGUSON;
CPL. NEAL;
CPL. DAVIS;
LT. HILL;
CPL.ERWIN;
SGT. FLEMING; and
LT. MORRISON,

                Defendants.

**MEMORANDUM OPINION AND ORDER**

This action was referred to the Honorable Cheryl A. Eifert, United States Magistrate Judge, for submission to this Court of proposed findings of fact and recommendations for disposition, pursuant to 28 U.S.C. § 636(b)(1)(B). The Magistrate Judge has submitted findings of fact and recommended that the Court grant Defendants' Motion for Dismissal (ECF No. 34); dismiss the complaint, with prejudice (ECF No. 2); and remove this matter from the docket of the Court. Neither party has filed objections to the Magistrate Judge's findings and recommendations.

Accordingly, the Court accepts and incorporates herein the findings and recommendations of the Magistrate Judge and **GRANTS** Defendants' Motion for Dismissal (ECF No. 34);

**DISMISSES** the complaint, **with prejudice** (ECF No. 2); and **REMOVES** this matter from the docket of the Court, consistent with the findings and recommendations.

The Court **DIRECTS** the Clerk to forward copies of this written opinion and order to all counsel of record, and any unrepresented parties.

ENTER: December 11, 2019

_____
ROBERT C. CHAMBERS
UNITED STATES DISTRICT JUDGE